IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA, )
)
        Petitioner, )
)
v. ) Civil Action No.
)
William H. Archibald & )
Judith A. Archibald, )
)
        Respondents. )

AMD 01 CV 2207

**ORDER TO SHOW CAUSE**

Upon the petition of the United States, and the declaration and summons attached thereto, it is hereby

ORDERED that respondents, William H. and Judith A. Archibald, appear before the District Court of the United States for the District of Maryland in that branch thereof presided over by the Honorable __ANDRE M. DAVIS__, the undersigned, in the United States Courthouse, __101 W. LOMBARD ST. BALT. MD 21201__ at __9:30 a.m.__ on the __4th__ day of __September__ 2001, at Courtroom __5B__, to show cause why the respondents should not be compelled to comply with the Internal Revenue Service summons served on respondents on March 7, 2001. It is further

ORDERED that a copy of this Order, together with the petition and Exhibits thereto, be personally served on William H. and Judith A. Archibald by an official of the Internal Revenue

- 1 -

Service within thirty (30) days of the date of this Order. It is further

ORDERED within 5 days of service of copies of this Order, the petition and Exhibits thereto, the respondents shall file and serve a written response to the petition. That if the respondents have any defenses to present or motions to make in opposition to the petition, such defenses or motions, if any, shall be made in writing and filed with the Court, and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing. Only those issues raised by motion or brought into controversy by the responsive pleading shall be considered by the Court and any uncontested allegations in the petition shall be deemed admitted; and further

ORDERED that if respondents have no objection to compliance with the summons, respondents may, at least three (3) business days prior to the date of the show cause hearing, notify the clerk of this Court, in writing, with copies to the United States Attorney, of the fact that no response or appearance as ordered herein will be required.

Entered this 27 day of July, 2001.

BY THE COURT:

_____
JUDGE, UNITED STATES DISTRICT COURT